IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL GREGORY AND FRAN GREGORY**                                         **PLAINTIFFS**

**VERSUS**                                                     **CIVIL NO. 1:23-cv-239-TBM-BWR**

**PINNACLE CLIMATE TECHNOLOGIES, INC.,
CAVAGNA NORTH AMERICA, INC.,
AMERIGAS PROPANE, L.P., and TRACTOR
SUPPLY, CO.**                                                                  **DEFENDANTS**

### JUDGMENT OF DISMISSAL

**THIS CAUSE** is here before this Court on motion, *ore tenus*, of the Plaintiffs, Michael and Fran Gregory, and the Defendants, Pinnacle Climate Technologies, Inc., Cavagna North America, Inc. And Tractor Supply Co. for dismissal of the above matter pursuant to the provisions of Rule 41(a)(2), Federal Rules of Civil Procedure, and this Court, being fully advised in the premises, and noting the agreement of all parties remaining in this suit, finds that the motion, *ore tenus*, is well taken and is hereby **Granted**.  It is therefore,

**ORDERED & ADJUDGED,** that all claims of the Plaintiffs against the Defendants are hereby dismissed, *with prejudice*, and that all claims pursued by and between the Defendants are hereby dismissed, *with prejudice*, and that each party is responsible for and will bear their own costs.

**SO ORDERED,** this the __5th__ day of _____August_____, 2025.

_____
HON. TAYLOR B. MCNEEL
UNITED STATES DISTRICT JUDGE

Signatures of all parties on following page:

AGREED:

_____
SCOTT E. CHABERT, ESQ.
Attorney for Plaintiff

_____
WILLIAM M. VINES, ESQ.
Attorney for Tractor Supply Co.

_____
WILLIAM E. WHITFIELD III, ESQ.
KAARA L. LIND, ESQ.
Attorney for Pinnacle Climate Tech. Inc

_____
JENSEN VARGHESE, ESQ.
D. STEPHEN BROUILLETTE, JR. ESQ.
Attorneys for Cavagna North Am., Inc.

**[JUDGMENT OF DISMISSAL]**